IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDRICK WILLIAMS                                                                                         PLAINTIFF

v.                                              4:21CV00692-LPR-JTK

LEONARD HOGG                                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 22nd day of September, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE